UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **ABDOUL BASSOUM BAH** | **CIVIL DOCKET NO. 1:09-cv-01444** |
| -vs- | **JUDGE DRELL** |
| **ERIC HOLDER and JANET NAPOLITANO** | **MAGISTRATE JUDGE KIRK** |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the magistrate judge previously filed herein, the Court concludes that the proposed findings and recommendation are correct under the applicable law.

Additionally, the Court notes the copy of the Report and Recommendation mailed February 19, 2010, to Mr. Bah's last known address was returned to the Clerk of Court on March 1, 2010, marked "return to sender." Thirty days have passed since February 19, 2010, but no correction to Plaintiff's address has been received by the Court. Therefore, dismissal for failure to prosecute under Local Rule 41.3W of the Uniform District Court Rules is also appropriate. Accordingly,

IT IS ORDERED that Plaintiff's petition for writ of habeas corpus is DISMISSED WITHOUT PREJUDICE.

SIGNED on this 12 day of April, 2010, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE